the court of appeals granted, on the ground that the case involves a question of law which ought to be reviewed by that court. See 59 N. Y. Supp. 672.

BROWN et al., Appellants, v. WADSWORTH et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 10, 1899.) Action by Helena I. Brown and others against Mary M. Wadsworth and others. No opinion. Judgment affirmed, on argument, with costs, on the opinion of this court delivered on the former appeal. See 32 App. Div. 423, 53 N. Y. Supp. 215.

BROWNELL, Respondent, v. EHRICH et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 20, 1899.) Action by Ezra J. Brownell against Samuel W. Ehrich and another. No opinion. Motion for leave to appeal to the court of appeals denied. See 60 N. Y. Supp. 112.

BURNET v. MITCHEL. (Supreme Court, Appellate Division, First Department. October 13, 1899.) Action by William B. Burnet against James Mitchel. No opinion. Motion granted, with $10 costs. See 57 N. Y. Supp. 474.

BUTCHER v. PEARSON. (Supreme Court, Appellate Division, Second Department. October 20, 1899.) Action by Edward Butcher, Jr., against Frederick S. Pearson. No opinion. Motion for leave to appeal to the court of appeals granted. See 60 N. Y. Supp. 196.

CALLADINE v. CITY OF NIAGARA FALLS et al. MURPHY v. SAME. (Supreme Court, Appellate Division, Fourth Department. October 13, 1899.) Actions by Thomas M. Calladine and William Murphy against the city of Niagara Falls and others. No opinion. Motion for certificate, allowing certain questions to be certified, denied.

CANFIELD, Respondent, v. FALLON et al., Respondents (GULBRANDSEN et al, Appellants). (Supreme Court, Appellate Division, Second Department. October 3, 1899.) Action by Isaac B. Canfield against Andrew X. Fallon and Thaddeus D. Kenneson, executors, etc., and others. No opinion. Exceptions overruled, and motion for new trial denied, with costs, on opinion of HIRSCHBERG, J., at special term. 57 N. Y. Supp. 149.

CANFIELD, Respondent, v. GULBRANDSEN et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 25, 1899.) Action by Isaac B. Canfield against Catharine E. Gulbrandsen and others and Andrew X. Fallon and others, executors, etc. No opinion. Order settled and questions certified.

CARROLL v. BUTLER et al. (Supreme Court, Appellate Division, First Department. October 13, 1899.) Action by Mary A. Carroll against Helen C. Butler and others. No opinion. Motion granted, with $10 costs.

CARROLL et al., Respondents, v. TOPLITZ, Appellant. (City Court of New York, General Term. May, 1899.) H. L. Toplitz, for appellant. Mulqueen & Mulqueen, for respondents.

McCARTHY, J. This case was fairly, and we think properly, submitted to the jury. Upon the question which the jury were to, and did, pass on, we find no ground for any claim that they have found through prejudice, sympathy, or passion; and therefore, unless there is clearly some error of law, we cannot and will not disturb the verdict of the jury. It is true that many objections have been taken during the trial, but we do not, after careful examination. find reasonable error. Judgment affirmed, with costs.

OLCOTT, J., concurs.

CARSON, Appellant, v. PRESS CO., Respondent. (Supreme Court, Appellate Division, Third Department. September 6, 1899.) Action by Robert Carson, an infant, by guardian, against the Press Company. No opinion. Motion to dismiss appeal denied, without costs.

CARSON, Appellant, v. PRESS CO., Respondent. (Supreme Court, Appellate Division, Third Department. September 12, 1899.) Action by Robert Carson, an infant, against the Press Company. No opinion. Order reversed, because of laches on part of the defendant in applying for security of costs, resulting in delaying the trial of the case, and motion to vacate granted, with $10 costs and disbursements of this appeal.

CHASE, Respondent, v. CITY OF SYRACUSE, et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. September 27, 1899.) Action by Austin C. Chase against the city of Syracuse, James K. McGuire, as mayor, etc., and Elbert F. Allen, as treasurer, etc. No opinion. Order modified, and, as modified, affirmed, without costs to either party. Order settled and filed with the clerk.

CLARK, Appellant, v. PIERCE, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 13, 1899.) Action by Ensign M. Clark against Fred I. Pierce. No opinion. Order affirmed, with $10 costs and disbursements.

CLARK, Appellant, v. WHITE-CROSBY CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. September 27, 1899.) Action by George E. Clark against the White-Crosby Company. No opinion. Judgment and order reversed, and a new trial ordered, with costs to the appellant to abide the event.

CLIFFORD, Respondent, v. STATEN ISLAND ELECTRIC RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 20, 1899.) Action by Cornelius Clifford against the Staten Island Electric Railway Company. No opinion. Judgment and order affirmed, with costs.

In re COATSWORTH et al. (Supreme Court, Appellate Division, Fourth Department. October 13, 1899.) In the matter of the application of Tamar M. Coatsworth and others, landlords, for the removal of Louis Schoellkopf and others, tenants and under tenants, from premises. No